# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WALKER, | Case No.: CV 11-2890 DSF (FFMx) |
| Plaintiffs, | |
| vs. | JUDGMENT |
| TWENTIETH CENTURY FOX FILM CORPORATION, HULU LLC, and DOES 1 through 50, | |
| Defendants. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution on May 6, 2011, as to defendant Hulu, LLC, plaintiff not having timely responded, and all other defendants having been previously dismissed,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice as to the 15 U.S.C. § 1125 claim against Twentieth Century Fox Film Corporation, dismissed without prejudice as to all other claims and parties, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 6/15/11 | *Dale S. Fischer* |
| 3 | | Dale S. Fischer<br>United States District Judge |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |